Argued and submitted October 27, convictions affirmed; remanded for entry of corrected judgment December 8, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## KIRK ANTHONY SCHAUF,
*Appellant.*

## (92CR-663; CA A77921)

863 P2d 1315

James N. Varner, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Ann Kelley, Assistant Attorney General, and Tina M. Hill, Certified Law Student, argued the cause for respondent. With them on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of driving under the influence of intoxicants. ORS 813.010. The trial court ordered him to pay court-appointed attorney fees of $400. He assigns error to the amount of attorney fees imposed on the ground that defense counsel was only paid $280 for the case. The state concedes that the cost of defendant's representation was only $280 and that it can only recover the amount actually expended. We accept the state's concession and remand to the trial court to correct the judgment.

Defendant's other assignment of error is without merit.

Convictions affirmed; remanded for entry of a corrected judgment.